*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

                Plaintiffs,

   -against-                          08 Civ.

JANE DOE D/B/A AMBER BAGRANOF
D/B/A AMBRANO D/B/A AMBRANOS
AND JOHN DOES NOS. 1-5,

                Defendants.

------------------------------x

08 CV 00203

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 1/8/08

_____
SIGNATURE OF ATTORNEY