```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

                Plaintiffs,

    -against-                        08 Civ. 203 (WHP)

JANE DOE D/B/A AMBER BAGRANOF
D/B/A AMBRANO D/B/A AMBRANOS
AND JOHN DOES NOS. 1-5,

                Defendants.

- - - - - - - - - - - - - - - - - - -x

ORDER ALLOWING SERVICE OF SUBPOENAS
TO ASCERTAIN THE IDENTITY
AND LOCATION OF DEFENDANTS

        Upon the application of plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning Inc. and The McGraw-Hill Companies, Inc., as set forth in the annexed declaration of William Dunnegan, dated January 22, 2008, for an order pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of subpoenas on ~~StudentDump.Com ("StudentDump"), Google Inc. ("Google"),~~ PayPal, Inc. ("PayPal") ~~and eBay, Inc. ("eBay")~~ to ascertain the true identities and locations of defendants Jane Doe d/b/a Amber Bagranof d/b/a Ambrano

d/b/a Ambranos and John Doe Nos. 1-5, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiffs may serve subpoenas on ~~StudentDump, Google,~~ PayPal ~~and eBay~~ to identify and locate defendants Jane Doe d/b/a Amber Bagranof d/b/a Ambrano d/b/a Ambranos and John Does Nos. 1-5 in this action.

Dated: New York, New York
~~January __, 2008~~
February 20, 2008

_____
U.S.D.J.