UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,  
JOHN WILEY & SONS, INC.,  
CENGAGE LEARNING INC., AND  
THE MCGRAW-HILL COMPANIES, INC.,  

               Plaintiffs,

   -against-                         08 Civ. 203 (WHP)

JANE DOE D/B/A AMBER BAGRANOF  
D/B/A AMBRANO D/B/A AMBRANOS  
AND JOHN DOES NOS. 1-5,

               Defendants.

- - - - - - - - - - - - - - - - - - -x

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above action without prejudice and without costs.

Dated: New York, New York  
      March 12, 2008

                                    DUNNEGAN LLC

                                    By _William Dunnegan_  
                                      William Dunnegan (WD9316)  
                                      Megan L. Martin (MM4396)  
                                  Attorneys for Plaintiffs  
                                   Pearson Education, Inc.,  
                                   John Wiley & Sons, Inc.  
                                   Cengage Learning Inc. and  
                                   The McGraw-Hill Companies, Inc.  
                                   350 Fifth Avenue  
                                   New York, New York 10118  
                                   (212) 332-8300