MAR 13 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

           Plaintiffs,

   -against-                  08 Civ. 203 (WHP)

JANE DOE D/B/A AMBER BAGRANOF
D/B/A AMBRANO D/B/A AMBRANOS
AND JOHN DOES NOS. 1-5,

           Defendants.

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

NOTICE OF DISMISSAL

       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above action without prejudice and without costs.

Dated: New York, New York
      March 12, 2008

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/14/08

DUNNEGAN LLC

By _William Dunnegan_____
  William Dunnegan (WD9316)
  Megan L. Martin (MM4396)
Attorneys for Plaintiffs
 Pearson Education, Inc.,
 John Wiley & Sons, Inc.
 Cengage Learning Inc. and
 The McGraw-Hill Companies, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300